UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               CASE NO.: 8:10-cv-1792-T-23TGW

KENNETH F. JONES, et al.,

    Defendants.
_____/

## **ORDER**

On August 11, 2010, the United States sued to recover unpaid federal tax, interest, and penalty and to foreclose a lien encumbering real estate. Eagle Properties, Kenneth F. Jones, Tamara E. Jones, Heartwood 35, LLC, and Southern Account Services, Inc., fail to defend, and the United States moves (Doc. 21) for a default judgment against them.[*] Upon consideration, the motion (Doc. 21) is **GRANTED**.

The Clerk shall:

(1) enter judgment **in favor of the United States of America and against Kenneth F. Jones and Tamara E. Jones, jointly and severally**, for tax years 1995, 1996, 1997, 2000, 2001, 2002, 2005, 2006, and 2007 in the amount of $878,633.37, calculated as of November 1, 2010. The judgment shall bear interest at the legal rate under 26 U.S.C. §§ 6621 and 6622 from November 1, 2010, and

---

[*] Clerk's defaults were entered. (Docs. 13, 14, 15, 22 and 23)

- 2 -

(2)   enter judgment **in favor of the United States of America and against Kenneth F. Jones** for tax years 1998, 1999, and 2003, in the amount of $17,399.60, calculated as of November 1, 2010.  The judgment shall bear interest at the legal rate under 26 U.S.C. §§ 6621 and 6622 from November 1, 2010.

The United States also moves to foreclose a tax lien against Kenneth and Tamara Jones's interest in real property at **47 Read Street, Tarpon Springs, Florida 34689** (the subject property).

Because the transfer of the subject property by Kenneth and Tamara Jones to Eagle Properties is fraudulent and because Eagle Properties is a mere nominee for Kenneth and Tamara Jones, the August 9, 1999, quitclaim deed is **VOID and VACATED**.  Kenneth and Tamara Jones are the owners of the subject property.

Under 26 U.S.C. § 6321, the United States possesses a valid federal tax lien attached to the subject property.  The subject property is forfeited to the United States, unencumbered by any claim by Eagle Properties, Kenneth F. Jones, Tamara E. Jones, Heartwood 35, LLC, and Southern Account Services, Inc.

ORDERED in Tampa, Florida, on February 2, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE